IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GRAVES S. JOHNS,

    Plaintiff,

vs.                                   CASE NO. 5:10cv328/RS-MD

MARINE TRANSPORTATION
SERVICES, INC.,

    Defendant.
_____/

## ORDER

Before me is the Report of Parties' Planning Meeting (Doc. 13). The attorneys have disregarded the guidance in the Initial Scheduling Order regarding the discovery deadline and a trial date.

**IT IS ORDERED** that the parties shall file an amended joint report not later than February 14, 2011, with dates consistent with a discovery deadline of August 20, 2011, and jury trial in Panama City on October 24, 2011, or October 31, 2011.

**ORDERED** on February 4, 2011.

                                     /S/ Richard Smoak
                                     **RICHARD SMOAK**
                                     **UNITED STATES DISTRICT JUDGE**